PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Hilda Tavarez**                                                      Docket No. **06-619**

### Petition for Action on Conditions of Pretrial Release

COMES NOW Kenneth Rowan, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Hilda Tavarez**, who was placed under pretrial release supervision by the **Honorable Patty Shwartz, U.S. Magistrate Judge**, sitting in the Court at Newark, New Jersey, on July 29, 2005, under the following conditions:

1. Pretrial Services Supervision.
2. 24-hour house arrest with electronic monitoring with allowances outside her residence for legal and medical appointments.
3. Surrender passport.
4. Drug testing and treatment, as deemed appropriate by Pretrial Services.
5. Travel restricted to New York and New Jersey.
6. Defendant's brother, Carlos, is to serve as third party custodian.

On September 12, 2005, the defendant was released on bail. On December 28, 2005, her bail was modified by allowing her out specific hours for employment. On February 16, 2006, her bail was modified allowing her out for any and all times necessary for the purposes of work. On September 12, 2006, the defendant appeared before Your Honor for her arraignment. On November 3, 2006, house arrest with electronic monitoring was vacated by Your Honor.

The defendant is scheduled for a plea hearing before Your Honor on May 1, 2008.

The defendant is being supervised by the Pretrial Services Agency in the Southern District of New York. On April 10, 2008, her supervising officer advised of the defendant's compliance to date with exception to what is noted in the addendum.

Respectfully presenting petition for action of Court and for cause as follows:

### [SEE ATTACHED ADDENDUM]

PRAYING THAT THE COURT WILL ORDER that her bail be modified as noted in the addendum.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this _21_ day of _____, _____ and ordered filed and made a part of the records in the above case. | Executed on _4/9/08_ |
| _/s/ William H. Walls_<br>William H. Walls<br>U.S. District Judge | _/s/ Kenneth Rowan_<br>Kenneth Rowan<br>U.S. Pretrial Services Officer |