# GOLDBERG & KAPLAN, LLP

ATTORNEYS AT LAW
11 PARK PLACE, SUITE 903
NEW YORK, N.Y. 10007

---

TELEPHONE (212) 269-2363 • FACSIMILE (212) 269-2364

May 23, 2011

Honorable Judge William H. Walls
United States Senior District Judge
King Building, Courtroom 4D
Newark, New Jersey 08101-2097

ADJOURNMENT REQUEST FOR VOLUNTARY SURRENDER

RE: United States v. Hilda Tavarez
Crim. Docket No: 06-00619-003

Dear Judge Walls:

As you are aware I represent the above referenced defendant who is scheduled to Voluntarily Surrender on June 13, 2011. At this time I respectfully request that the surrender date be changed to August 1, 2011. This request is made as the defendant is scheduled to undergo surgery on June 8, 2011 at the Lutheran Medical Center (see attached Doctor's Note). It appears that after the surgery an additional three to four weeks is necessary for her recovery.

Thank you for your anticipated cooperation in this matter. If you have any questions please feel free to contact my office at the number listed above.

Sincerely,

Barry R. Goldberg, Esq.

CC: AUSA MARION PERCELL