PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Hilda Tavarez**                                          Docket No. **06-619-03**

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Daniela Guido** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Hilda Tavarez**, who was placed under pretrial release supervision by the **Honorable Patty Shwartz** sitting in the Court at Newark, New Jersey , on July 29, 2005, under the following conditions:

$250,000 Secured Bond cosigned by five individuals approved by Pretrial Services:

1) Pretrial Services Supervision
2) House arrest with electronic monitoring.  Not allowed out for employment.  May attend medical, attorney and Pretrial Services appointments.
3) Drug testing and treatment.
4) Carlos Taverez, the defendant's brother shall serve as third party custodian.
5) Surrender of passport/not apply for any additional travel documents.
6) No use or possession of illegal drugs or controlled substances.
7) Travel restricted to New Jersey and New York.

On December 28, 2005, the above conditions were modified to allow the defendant to work.  On November 3, 2006, the condition of house arrest with electronic monitoring was removed.  A condition of alcohol testing and treatment was added on April 21, 2008.

The defendant appeared before Your Honor on November 18, 2008 and a guilty plea was entered.  She was sentenced on April 11, 2011 to fifty-five months incarceration and four years supervised released.

Respectfully presenting petition for action of Court and for cause as follows:

The defendant failed to surrender to FCI Danbury on August 1, 2011 as scheduled.

**Praying that the Court will order a warrant issued for the defendant's arrest.**

ORDER OF COURT

Considered and ordered this _____ day of _____, _____ and ordered filed and made a part of the records in the above case.

_____
Honorable William H. Walls
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on            8/2/11

_____
Daniela Guido
U.S. Pretrial Services Officer